# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No. **CV 15-8416-BRO (PLA)**  Date **November 24, 2015**

Title:  **David A. Foster v. Jack Fox**

PRESENT: THE HONORABLE **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:
NONE

ATTORNEYS PRESENT FOR RESPONDENT:
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

The Court is in receipt of respondent's "Motion to Dismiss Petition...," filed on November 20, 2015, in which respondent indicates that petitioner was released from custody and that this action is now moot. Petitioner is ordered to show cause **no later than December 8, 2015**, why this action should not be **dismissed with prejudice as moot**. Petitioner's failure to respond to this Order will result in dismissal of the action.

cc:  David A. Foster, pro se
     Benjamin D. Lichtman, AUSA

Initials of Deputy Clerk    ch

CV-90 (10/98)                                           CIVIL  MINUTES  -  GENERAL